## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PAMELA TARRANT,

     Plaintiff,

Case No. 19-cv-

Hon.

vs

HAVENPARK CAPITAL PARTNERS LLC,
HEARTLAND COMMUNITITES LLC,
GERALD VAN TASSEL and
HEARTLAND LIVING LLC,
Jointly and severally,

     Defendants.

_____/

| | |
|---|---|
| LAW OFFICES OF DEAN T. YEOTIS | DAVID F. ZUPPKE, PLC |
| Dean T. Yeotis (P41290) | David F. Zuppke (P31240) |
| Cristine M. Wasserman (P53656) | Attorneys for Defendants |
| Attorneys for Plaintiff | 25892 Woodward Ave. |
| 611 W. Court Street | Royal Oak, MI 48067 |
| Flint, MI 48503 | (248) 206-5900 |
| (810) 767-6100 | (248) 542-6301 FAX |
| deanyeotis@yahoo.com | david@zuppkelaw.com |
| cristinewasserman@hotmail.com | |

_____/

## NOTICE OF REMOVAL

     NOW COMES Defendants, HAVENPARK CAPITAL PARTNERS LLC,

HEARTLAND COMMUNITIES LLC, GERALD VAN TASSEL and

HEARTLAND LIVING LLC by and through their attorney, DAVID F. ZUPPKE,

PLC, and herby provides notice of its removal of this action to the United States

District Court for the Eastern District of Michigan, pursuant to the provisions of 28 U.S.C. §1332 (a) and (c), 28 U.S.C. §1441(b) and (c). In support of its Notice of Removal and pursuant to the provisions of 28 U.S.C. §1446, HAVENPARK CAPITAL PARTNERS LLC, HEARTLAND COMMUNITIES LLC, GERALD VAN TASSEL AND HEARTLAND LIVING LLC state as follows:

1.      On June 5, 2019, Plaintiff, Pamela Tarrant, commenced this action against Defendants in the Genesee County Circuit Court entitled *Pamela Tarrant vs. Havenpark Capital Partners LLC, Heartland Communities LLC, Gerald Van Tassell and Heartland Living LLC, Jointly and Severally,* Case No. 19-112842-CD (the "State Court Action"), (**Exhibit A**, the "Amended Complaint").

2.      On July 26, 2019, Plaintiff filed a First Amended Complaint.

3.      On October 4, 2019, a copy of Defendant Heartland Communities LLC and Heartland Living LLC's Amended Summons & Complaint were picked up at the LLC entities' Post Office Box by an employee of Heartland Communities LLC.

4.      This Notice of Removal is being filed within 30 days after receipt of Plaintiff's Amended Complaint, as required by 28 U.S.C. §1446(b) because two of the Defendants received registered mail with the Amended Summons and Complaint on  October 4, 2019.

5.      This Court has original jurisdiction over this case based on 28 U.S.C. §§ 1332.

2

6.      Venue is proper pursuant to 28 U.S.C. §1391 because Genesee County, Michigan is contained within the Eastern District of Michigan, Southern Division.

7.      Counsel for Defendants will give written notice of the filing of this removal to all adverse parties, and will file a copy of this Notice of Removal with the Genesee County Circuit Court, as required by 28 U.S.C. §1446(d).

Respectfully submitted,

DAVID F. ZUPPKE, PLC

By: /s/ David F. Zuppke
David F. Zuppke (P31240)
Attorney for Defendants
25892 Woodward Ave.
Royal Oak, MI 48067
(248) 206-5900
(248) 542-5301 (fax)
david@zuppkelaw.com

Dated:  October 24, 2019

3

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PAMELA TARRANT,

     Plaintiff,

Case No. 19-cv-

Hon.

vs

HAVENPARK CAPITAL PARTNERS LLC,
HEARTLAND COMMUNITITES LLC,
GERALD VAN TASSEL and
HEARTLAND LIVING LLC,
Jointly and severally,

     Defendants.

_____/

LAW OFFICES OF DEAN T. YEOTIS
Dean T. Yeotis (P41290)
Cristine M. Wasserman (P53656)
Attorneys for Plaintiff
611 W. Court Street
Flint, MI 48503
(810) 767-6100
deanyeotis@yahoo.com
cristinewasserman@hotmail.com

DAVID F. ZUPPKE, PLC
David F. Zuppke (P31240)
Attorneys for Defendants
25892 Woodward Ave.
Royal Oak, MI 48067
(248) 206-5900
(248) 542-6301 FAX
david@zuppkelaw.com

_____/

## CERTIFICATE OF SERVICE

Stacey Hipple hereby certifies that she is employed by DAVID F. ZUPPKE, PLC and that on October 24, 2019 she caused to be served a copy of Notice of Removal with Exhibits, upon Dean T. Yeotis and Cristine M. Wasserman, via U.S. First Class Mail, at the address referenced above.

Respectfully submitted,

DAVID F. ZUPPKE, PLC

By: /s/ STACEY HIPPLE
        Stacey Hipple

# EXHIBIT A

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

PAMELA TARRANT,

    Plaintiff,

-vs-

HAVENPARK CAPITAL PARTNERS LLC,
HEARTLAND COMMUNITIES LLC, GERALD
VAN TASSEL AND HEARTLAND LIVING LLC,
Jointly and Severally,

    Defendants.

CASE NO. 19-112842-CD

HON. JOSEPH J. FARAH

_____/

LAW OFFICES OF DEAN T. YEOTIS
DEAN T. YEOTIS (P41290)
CRISTINE WASSERMAN (P53656)
Attorneys for Plaintiff
611 W. Court Street
Flint, MI  48503
(810) 767-6100



_____/

### FIRST AMENDED COMPLAINT AND JURY DEMAND

A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in this Court where it was given case number 19-112842 CD and is assigned to Hon. Joseph J. Farah.

Plaintiff, Pamela Tarrant, by her attorneys, the LAW OFFICE OF DEAN T. YEOTIS, complains of Defendants, as follows:

### PARTIES AND JURISDICTION

1.    Plaintiff is a resident of Flint Township, County of Genesee, State of Michigan.

2.    Defendant Havenpark Capital Partners LLC is upon information and belief a Michigan limited liability corporation.

LAW OFFICES
DEAN T. YEOTIS
611 W. Court Street
Flint, MI 48503
(810) 767-6100
Fax (810) 767-6415

3.     Defendants, Heartland Communities LLC and Heartland Living, LLC, are foreign corporations, which transacts business in the County of Genesee, State of Michigan.

4.     Upon information and belief, Defendant, Gerald Van Tassel, is a resident of the State of Utah.

5.     The claims which Plaintiff asserts in this case are race discrimination in violation of ELCRA and a public policy wrongful discharge claim.

6.     The amount in controversy in this case exceeds twenty-five thousand ($25,000.00) dollars.

7.     This Court has subject matter jurisdiction over this case based on the general subject matter jurisdiction provision of the Revised Judicature Act, MCL 600.605.

8.     This is a Court of proper venue for this action under MCR 600.1621 because this is the Court in the County in which Plaintiff resides.

9.     This is a Court of proper venue for this action because this is the Court in the County in which the facts supporting this cause of action arose.

## GENERAL ALLEGATIONS

10.     Plaintiff, a white female, is an experienced property manager who was gainfully employed at another mobile home park at the time Defendants recruited her to work for them.

11.     Because Defendants expressed strong interest in employing Plaintiff as their property manager, Ms. Tarrant agreed to meet for a job interview with Defendants on August 12, 2018.

12.     Plaintiff attended the August 12, 2018 interview with Defendant Gerald Van Tassel and she was formally offered the job of property manager at Defendants on

LAW OFFICES
**DEAN T. YEOTIS**
611 W. Court Street
Flint, MI 48503
(810) 767-6100
Fax (810) 767-6415

August 16, 2018.

13.    Plaintiff initially rejected Defendants job offer because to accept this offer she would have to resign from her previous employment which had placed her in a position to pay-off the remaining debt on her home in less than a year.   An additional consideration in turning down the offer was the prospect of incurring substantial moving costs.

14.    After Ms. Tarrant declined Defendants offer they continued to pursue her making a second job offer on August 18, 2018, which included paying for all of her moving expenses.

15.    After much consideration, Plaintiff accepted Defendants' second job offer and began employment for Defendants on or about August 25, 2018.

16.    Defendant, Gerald Van Tassel was her supervisor at the Defendant Corporation and it was he who made both job offers to the Plaintiff.

17.    Defendant, Gerald Van Tassel, is a white male and upon information and belief is a member of the Mormon religion as are of the owners of the Defendant Corporations.

18.    From the beginning of Plaintiff's employment and throughout Plaintiff's employment, Plaintiff performed her job well.

19.    Among other things, Defendant, Gerald Van Tassel, told Plaintiff that Defendants would provide a phone and credit card for use in performing her job duties.

20.    Defendant Van Tassel also promised training in Defendant Corporation procedures.

21.    During Plaintiff's employment with Defendants, she became aware that Defendants were overcharging and improperly evicting residents and communicated the same to Defendant Van Tassel.

LAW OFFICES
**DEAN T. YEOTIS**
611 W. Court Street
Flint, MI 48503
(810) 767-6100
Fax (810) 767-6415

22.    After Plaintiff communicated her concerns regarding the overcharging and illegal eviction issues Defendant Van Tassel continued to encourage proceeding as previously indicated.

23.    Plaintiff communicated her unwillingness to overcharge and illegally evict residents and told Defendant Van Tassel that she refused to overcharge and illegally evict residents.

24.    Defendants were angered at Plaintiff for engaging in the behavior identified in paragraph 21.

25.    After Plaintiff refused to overcharge and illegally evict residents for Defendants she was not provided a credit card, phone or training and was falsely branded a thief by Defendants.

26.    On or about September 10, 2018, Defendant Gerald Van Tassel visited Plaintiff's home and met Plaintiff's husband for the first time.

27.    Plaintiff's husband, Alonzo Tarrant, is a black man.

28.    After Defendant Gerald Van Tassel met Plaintiff's husband, Defendants treated Plaintiff differently in the terms and conditions of her employment.

29.    After Defendant Gerald Van Tassel met Plaintiff's husband, Defendants failed to provide the phone, credit card and training as previously promised and Plaintiff was falsely branded a thief.

30.    Thereafter, on October 16, 2018, Plaintiff was terminated.

31.    Plaintiff was discharged, in substantial part, because she is married to a black man.

32.    Plaintiff's refusal to overcharge residents and illegally evict residents also played a substantial causative part in her discharge.

LAW OFFICES
DEAN T. YEOTIS
611 W. Court Street
Flint, MI 48503
(810) 767-6100
Fax (810) 767-6415

4

33.    Based on Defendants' wrongful acts, Plaintiff has suffered past and future economic damages as well as past and future emotional, mental anguish damages. Plaintiff also seeks a statutory attorney fee award.

## COUNT I
### RACE DISCRIMINATION IN VIOLATION OF ELCRA AGAINST ALL DEFENDANTS

34.    Plaintiff incorporates by reference paragraphs 1 through 33 above.

35.    Defendants treated Plaintiff differently and terminated Plaintiff after they found out that she was married to a black man.

36.    Defendants discharged Plaintiff based in substantial part because she was married to a black man.

37.    Accordingly, Plaintiff asserts an ELCRA race discrimination claim against Defendants.

## COUNT II
### WRONGFUL DISCHARGE BREACH OF PUBLIC POLICY CLAIM AGAINST DEFENDANTS HAVENPARK CAPITAL PARTNERS LLC, AND HEARTLAND COMMUNITIES LLC

38.    Plaintiff incorporates by reference paragraphs 1 through 37 above.

39.    Defendants Havenpark Capital Partners LLC and Heartland Communities LLC employed Plaintiff as a property manager.

40.    Defendants discharged Plaintiff because she refused to overcharge and improperly evict residents.

41.    The public policy prong of the wrongful discharge doctrine prohibits an employer from firing an employee because of her refusal to overcharge and illegally evict residents.

42.    Accordingly, Plaintiff asserts a public policy wrongful discharge claim

LAW OFFICES
**DEAN T. YEOTIS**
611 W. Court Street
Flint, MI 48503
(810) 767-6100
Fax (810) 767-8415

against Defendants.

## CONCLUSION

Plaintiff seeks judgment against Defendants for damages exceeding Twenty-Five Thousand ($25,000.00) Dollars, together with costs and interest.

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial in this case pursuant to 2.508(B) of the Michigan Court Rules.

Respectfully submitted,

LAW OFFICES OF DEAN T. YEOTIS

DEAN T. YEOTIS (P41290)
CRISTINE WASSERMAN (P53656)
Attorneys for Plaintiff

Dated:  July 25, 2019.

LAW OFFICES
DEAN T. YEOTIS
611 W. Court Street
Flint, MI 48503
(810) 767-6100
Fax (810) 767-6415