UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

PAMELA TARRANT

Plaintiff(s),

Case No. 19-13127-VAR-RSW

v.

Judge Victoria A. Roberts

HAVENPARK CAPITAL PARTNERS LLC, ET AL

Magistrate Judge R. Steven Whalen

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Heartland Living LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: October 24, 2019

/s/David F. Zuppke

P31240
David F. Zuppke, PLC
25892 Woodward Avenue
Royal Oak, MI 48067
(248) 206-5900
david@zuppkelaw.com